JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA        :    INDICTMENT
:
    - v. -                      :    08 Cr.
:
ERIC PEELS,                     :    08 CRIM  36
    a/k/a "Darryl E. Peels,"    :
:
          Defendant.            :
:
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From at least on or about September 26, 2007, up to and including on or about September 29, 2007, in the Southern District of New York and elsewhere, ERIC PEELS, a/k/a "Darryl E. Peels," the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about February 14, 2002, in New York Supreme Court, Bronx County, for Assault in the Second Degree, in violation of New York Penal Law 120.05(2), a Class D Felony, did possess in and affecting commerce, a firearm, to wit, a loaded Titan 25 caliber semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ERIC PEELS,
a/k/a "Darryl E. Peels,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____ Foreperson.

01/10/08 Indictment Filed. Case Assigned to USDJ Koeltl
Fox, M.J.