USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -                    08 Cr. 00036 (JGK)

ERIC PEELS,                               ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    The Court has received a letter dated February 14, 2008 from defense counsel which seeks to withdraw as counsel for the defendant. The Court will discuss the request at the next conference.

    Because the letter relates to attorney client communications, the Court will file the letter under seal and not provide it to the government.

SO ORDERED.

Dated: New York, New York
       February 19, 2008

                                      John G. Koeltl
                             United States District Judge