USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————

UNITED STATES OF AMERICA

- against –                                    08 Cr. 00036 (JGK)

ERIC PEELS,                                         ORDER

                    Defendant.
—————————————————————————

JOHN G. KOELTL, District Judge:

The parties are directed to file any motions by **March 14, 2008.** Responses, if any, are due **March 28, 2008.** Any replies are due **April 4, 2008.** Another hearing is scheduled for **April 25, 2008** at **2:30 p.m.**

Requests to charge and voir dire requests are due **June 9, 2008.** Objections should be filed **June 11, 2008.** The final pretrial conference will be held on **June 18, 2008** at **4:00 p.m.** Trial is scheduled to begin **June 23, 2008** at **9 a.m.**

Because an adjournment is needed to assure the effective assistance of counsel, and to allow time for the parties to make motions and the Court to decide them the Court prospectively excludes the time from **February 21, 2008** until **June 23, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A). The time

- 1 -

between the filing of motions and the decision of them is separately

excludable pursuant to 18 U.S.C. § 3161(h)(1)(F).

SO ORDERED.

Dated: New York, New York
      February 21, 2008

                                         John G. Koeltl
                              United States District Judge