# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor-New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392



Southern District
Southern District of New York
John J. Byrnes
Attorney-in-Charge

Leonard F. Joy
Executive Director

**MEMO ENDORSED**

March 14, 2008

VIA FACSIMILE

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Eric Peels
     08 cr. 00036

Dear Judge Koeltl:

I write to request a 14-day extension of the pre-trial motions deadline, currently set for March 14, 2008. The Government consents to this request. The extension is necessary so that I may conduct additional fact investigation into matters directly affecting potential pre-trial motions.

Mr. Peels was indicted on January 10, 2008. Discovery was timely provided by counsel for the Government. On February 21, 2008, this Court set a schedule for the filing of pre-trial motions. Currently, trial is set for June 23, 2008.

I have undertaken diligent investigation of the events related to the charge against Mr. Peels. I, however, require additional time to continue my investigation as it relates to pre-trial motions. In addition, the requested extension will enable me to conduct further discussions with Mr. Peels about the contemplated pre-trial motions.

I have spoken to AUSA Amy Lester, who requests a modification of the briefing schedule previously set by this Court commensurate with the requested extension. Currently, the Government's deadline to respond to pre-trial motions is March 28, 2008. In addition, Ms. Lester has informed me that the police officers who arrested Mr. Peels are unavailable to testify at a suppression hearing on April 25, 2008.

*Time for motions extended to March 28, 2008.*
*Time for response extended to April 11, 2008.*
*Time to reply is April 18, 2008.*

Respectfully submitted,

Hugh Mundy
Attorney for Eric Peels
Tel.: (212) 417-8737

cc: Amy R. Lester, AUSA

*Conference remains set for April 25, 2008, although the Court will not conduct an evidentiary hearing on that date.*
*So Ordered.*
*3/18/08*
*JGKoeltl*

TOTAL P.002