

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



RECEIVED APR 0 9 2008 CHAMBERS OF JUDGE JOHN G. KOELTL

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

April 8, 2008

**BY FACSIMILE**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re: **United States v. Eric Peels**,
 08 Cr. 36 (JGK)

Time to respond extended to April 25, 2008.
Time to reply extended to May 2, 2008. of 3:
Conference adjourned to May 9, 2008 at 2:30 P.M.
So Ordered.
4/9/08
[signature] U.S.D.J.

Dear Judge Koeltl:

On March 31, 2008, the defendant in the above-referenced case, Eric Peels, submitted a motion to suppress the gun seized at the scene of his arrest, as well as his post-arrest statements. The Government's response is currently due on Friday, April 11, 2008.

At the time that the defendant's motion was filed, it appeared that the Government would be able to file its response by Friday, but as I am currently out of the office attending a mandatory training seminar, which continues through Thursday, April 17, 2008, a brief extension would allow me the additional time needed to adequately respond to the defendant's motion. For this reason, the Government respectfully requests a two-week extension, until April 25, 2008, to file its response to the defendant's motion. This is the Government's first request for an extension. I have spoken with counsel for the defendant, Hugh M. Mundy, Esq., who has consented to this request.

The parties are currently scheduled to appear for a conference before the Court on April 25, 2008 at 2:30 p.m.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: *Amy Lester / RAR*
Amy Lester
Assistant United States Attorney
Tel: (212) 637-2416
Fax: (212) 637-2527

cc: Hugh M. Mundy, Esq. (By facsimile)