UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA           :     **SUPPLEMENTAL**
                                         **DECLARATION**
       - v. -                      :     08 Cr. 036 (JGK)

**Eric Peels**,                    :

              Defendant.           :

------------------------------------X

I, **ERIC PEELS,** hereby declare under the penalties of perjury, pursuant to 28 U.S.C.§ 1746, that:

1. I am the defendant in this criminal action, and I am submitting this Supplemental Declaration in support of a motion to suppress physical evidence that was obtained in violation of my rights under the Fourth Amendment to the United States Constitution.

2. This Supplemental Declaration is based on my best recollection of the events that it describes; because its purpose is limited to establishing that my rights were violated, I have not included every detail of what occurred.

3. On September 29, 2007, I was an overnight guest inside an apartment located at 3540 Decatur Avenue, Apartment 3K in the Bronx. The individual renting the apartment was also present.

4. I arrived at the apartment on September 28, 2007 sometime during the afternoon. I slept in the apartment on the evening of September 28, 2007 and planned to remain at the apartment until I found another place to stay.

5.  I had the permission of the individual renting the apartment to stay in the apartment and to use the washer and dryer and other household appliances as needed.

6.  I was able to come and go from the apartment at my leisure.

**WHEREFORE**, I respectfully request that this Court consider the facts set forth herein, in addition to those previously submitted, and enter an order suppressing the evidence recovered as a result of this Fourth Amendment violation.

Dated:   New York, New York
         May 5, 2008

*/s/ Eric Peels*
_____
**ERIC PEELS**