UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

ERIC PEELS,

              Defendant.

08 Cr. 036 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

JOHN G. KOELTL, District Judge:

    An evidentiary hearing is scheduled for **May 30, 2008** at **9:00** a.m.

SO ORDERED.

Dated: New York, New York
       May 9, 2008

                                    John G. Koeltl
                              United States District Judge