USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

ERIC PEELS,

    Defendant.

08 Cr. 036 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Requests to charge and proposed voir dire requests should be submitted by **August 18, 2008**. Any objections should be filed by **August 20, 2008**. The final pre-trial conference will be held on **August 27, 2008** at **4:00 p.m.** Trial is scheduled to begin on **September 2, 2008** at **9:00 a.m.**

At the hearing held on June 19, 2008, the Court prospectively excluded the time from **June 19, 2008**, until **September 2, 2008** from Speedy Trial Act calculations, and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A). The time between making motions and the

decision on such motions is independently excludable pursuant to 18 U.S.C. § 3161(h)(1)(F).

SO ORDERED.

Dated: New York, New York
       June 20, 2008

_____
John G. Koeltl
United States District Judge