USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -

ERIC PEELS,

             Defendant.

08 Cr. 036 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Requests to charge and proposed voir dire requests should be submitted by **September 22, 2008**. Objections are due **September 24, 2008**. The final pre-trial conference is **October 2, 2008 at 4:30 p.m.** Trial is scheduled to begin on **October 6, 2008 at 9:00 a.m.**

    Because an adjournment is needed to assure the effective assistance of counsel, to allow the parties to complete their submissions in connection with the motion to suppress, to allow the Court to decide the motion to suppress, and to allow the parties to prepare for trial, the Court prospectively excludes the time from today, **August 27, 2008**, until **October 6, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A). The time between making motions and the decision on such motions is

independently excludable pursuant to 18 U.S.C. § 3161(h)(1)(F).

SO ORDERED.

Dated: New York, New York
       August 27, 2008

                                    _____
                                        John G. Koeltl
                                    United States District Judge

Case 1:08-cr-00036-JGK    Document 36    Filed 08/29/2008    Page 2 of 2